E-FILED
Thursday, 09 July, 2026  02:06:12 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.    **2026-CR-20033** |
| | ) | |
| CAROL AMMONS and AARON | ) | |
| AMMONS, | ) | |
| **Defendant.** | ) | |

**ENTRY OF APPEARANCE**

**NOW COMES** J. STEVEN BECKETT, STEVE BECKETT LAW OFFICE, LLC., and

enters his appearance for Defendant, AARON AMMONS.

Attorney for Defendant,


s/ J. Steven Beckett

**J. STEVEN BECKETT**, Counsel for
Defendant


**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #:    0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the above *Entry of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Gregory Gilmore, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on July 9, 2026, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

s/ J. Steven Beckett
**J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #:      0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com