E-FILED
Thursday, 06 August, 2026  03:58:18 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT
### OF ILLINOIS URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.    2026-CR-20033 |
| | ) | |
| CAROL AMMONS and AARON | ) | |
| AMMONS, | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO FILE DISCLOSURE AND WAIVER UNDER SEAL

**NOW COMES** the Defendant, AARON AMMONS, by his attorney J. STEVEN BECKETT, STEVE BECKETT LAW OFFICE, LLC., and  moves for Leave to File Disclosure and Waiver Under Seal, and states as follows:

1.     That Defendant's counsel and the U.S. Attorneys Office have discussed the existing attorney-client relationship defense counsel with certain non-party witnesses.

2.     To assure disclosure and waiver related to the possible appearance of those witnesses in this case, defense counsel has prepared a Disclosure and Waiver which the Defendant and the identified non-party witnesses have executed.

3.     To ensure the record is complete, the Defendant requests that the Disclosure and Waiver be filed under seal in this matter.

4.     The U.S. Attorney's Office has no objection to the relief sought in this motion.

Respectfully submitted,
AARON AMMONS, Defendant,

By: */s/    J. Steven Beckett*
J. STEVEN BECKETT, His Attorney

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #:     0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263; (217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com