E-FILED
Monday, 17 August, 2026 02:03:11 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2026-CR-20033** |
| | ) | |
| **CAROL AMMONS and AARON AMMONS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR SUPERVISORY ORDER REGARDING JUDICIAL ASSIGNMENT**

**NOW COMES** the Defendant, AARON AMMONS, by his Attorney, J. STEVEN BECKETT, STEVE BECKETT LAW OFFICE, LLC., and moves for a Supervisory Order Regarding Judicial Assignment, and states as follows:

1. The Defendant appeared for arraignment and first appearance on July 16, 2026. Following the entry of a plea, the cause was set for pretrial hearing on August 24, 2026, and was assigned to U.S. District Court Judge Colin Bruce.

2. Since 2019, the Defendant's current defense counsel has not had any Federal Court matters assigned to Judge Bruce, as Judge Bruce has recused himself in any such matters.

3. Defendant's counsel has conferred with the U.S. Attorney's Office and co-Defendant Carol Ammons' counsel, Mutaqee Akbar and Angela Reaney, and advised each office of this motion and the history of prior appearances by Defendant's counsel-of-record and judicial assignment history. Defendant's counsel notified each office of this motion.

4. The U. S. Attorney's Office stated position to Defendant's counsel is that the U. S.

Attorneys Office has no objection to the current judicial assignment and objects to any change of venue.

5. Co-Defendant's counsel take no position on this motion.

6.. An administrative error may have occurred and should be addressed by this Court.

**WHEREFORE** Defendant, AARON AMMONS, prays that the Court review the judicial assignment in this case, revise said assignment in the interest of justice, and grant such other relief as the Court deems just and appropriate.

Respectfully submitted,
AARON AMMONS, Defendant,

By: */s/ J. Steven Beckett*
J. STEVEN BECKETT, His Attorney

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed a ***Motion for Supervisory Order Regarding Judicial Assignment*** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**
**Attorney Mutaqee Akbar - 619 N. Copeland Street, Tallahassee, FL**
**Attorney Angela Reaney - Reaney Law Office LLC, Christopher, IL 62822**

and I hereby certify that on August 17, 2026, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

s/ J. Steven Beckett
**J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com