E-FILED
Monday, 17 August, 2026 02:05:45 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2026-CR-20033** |
| | ) | |
| **CAROL AMMONS and AARON AMMONS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO CONTINUE**

**NOW COMES** the Defendant, AARON AMMONS, by his Attorney, J. STEVEN BECKETT, STEVE BECKETT LAW OFFICE, LLC., and for his Motion to Continue, and states as follows:

1. Defendant Aaron Ammons appeared for arraignment and first appearance on July 16, 2026. At that time discovery orders were entered and the matter was set for pretrial on August 24, 2026 and for trial September 22, 2026.

2. Defendant has received the Government's discovery. It is voluminous.

3. Defendant does not have sufficient time to prepare for trial or conduct his own investigation given the quantity of discovery in this case.

4. Defendant requests more time to review discovery, conduct an investigation, and prepare for trial.

**WHEREFORE** Defendant Aaron Ammons prays that the Court will vacate the September 22, 2026 trial date, set a new pretrial hearing date, set a new trial date and grant such other relief as the Court deems just and appropriate.

Respectfully submitted,
AARON AMMONS, Defendant,

By: */s/ J. Steven Beckett*
J. STEVEN BECKETT, His Attorney

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed a ***Motion to Continue*** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**
**Attorney Mutaqee Akbar - 619 N. Copeland Street, Tallahassee, FL**
**Attorney Angela Reaney - Reaney Law Office LLC, Christopher, IL 62822**

and I hereby certify that on August 17, 2026, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

s/ J. Steven Beckett
**J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com