E-FILED
Wednesday, 04 November, 2026 11:10:23 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT**
**OF ILLINOIS URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 2026-CR-20033** |
| | ) | |
| **CAROL AMMONS and AARON** | ) | |
| **AMMONS,** | ) | |
| **Defendant.** | ) | |

**CO-DEFENDANT AARON AMMONS PARTIAL ADOPTION OF PENDING MOTION TO DISMISS**

**NOW COMES** the Defendant, AARON AMMONS, by his Attorney, J. STEVEN BECKETT, STEVE BECKETT LAW OFFICE, LLC., and for his Partial Adoption of the pending Motion to Dismiss filed by Co-Defendant CAROL AMMONS and states as follows:

1. That Co-Defendant Carol Ammons filed a Motion to Dismiss the Indictment in this cause, with allegations directed to Counts One through Ten inclusive, of the Indictment.

2. That Count Ten of the Indictment alleges federal criminal law violations against both Carol Ammons and Aaron Ammons. This is the only count that alleges such criminal liability against both defendants, charging them with Conspiracy to Obstruct Justice, alleging violation of 18 USC Sections 1512(k), 1512(b)(3) and 2.

3. Defendant Aaron Ammons adopts the allegations of the pending Motion to Dismiss as to Count Ten of the Indictment in this cause, pursuant to Federal Rule of Criminal Procedure 12. This adoption specifically includes the argument regarding conduct alleged in the indictment as being "misleading conduct" in support of a claimed obstruction of justice, as argued on pages 19-20 of the pending Motion to Dismiss.

4. To the same extent as the argument, noted in paragraph 3 above, in the

Co-Defendant's Motion to Dismiss is based on the construction and application of 18 USC 1512(b)(3) alleging "misleading conduct," the well-pleaded facts of the indictment fail to allege an offense in Count Eleven, which is solely charged against Defendant Aaron Ammons.

5. Defendant Aaron Ammons makes no argument regarding Counts One through Nine that are not directed against him.

**WHEREFORE** Defendant, AARON AMMONS, prays that the Court Dismiss Counts Ten and Eleven of the Indictment in this cause, and such other relief deemed just and appropriate.

Respectfully submitted,
AARON AMMON, Defendant

By: *<u>/s/ J. Steven Beckett</u>*
J. STEVEN BECKETT, His Attorney

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I electronically filed a ***CO-DEFENDANT AARON AMMONS PARTIAL ADOPTION OF PENDING MOTION TO DISMISS*** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**
**Attorney Mutaqee Akbar - 619 N. Copeland Street, Tallahassee, FL**
**Attorney Angela Reaney - Reaney Law Office LLC, Christopher, IL 62822**

and I hereby certify that on November 4, 2026, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

/s/ J. Steven Beckett
**J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com